```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                     :
STRIKE 3 HOLDINGS, LLC,            :
                     :
                Plaintiff,           :         1:25-cv-8116-GHW
                     :
              -against-            :         ORDER
                     :
JOHN DOE, *subscriber assigned IP address: 173.56.10.49*,   :
                     :
                Defendant.       :
                     :
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

       On October 15, 2025, Plaintiff requested leave to file a motion seeking leave to serve a third-party subpoena pursuant to Federal Rule of Civil Procedure 26(d)(1). Dkt. No. 7. Plaintiff's October 15, 2025 request for leave to file a motion seeking leave to serve a third-party subpoena, Dkt. No. 7, is granted. Plaintiff's motion is due no later than November 5, 2025. The initial pretrial conference scheduled for January 12, 2026 is adjourned *sine die*.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

       SO ORDERED.

Dated: October 15, 2025
                                                    _____
                                                        GREGORY H. WOODS
                                                      United States District Judge