*Jacqueline M. James, Esq.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

The Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
November 18, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2025
```

**MEMORANDUM ENDORSED**

    *Re: 1:25-cv-08116-GHW Plaintiff's Motion to Amend Order [D.E. 11] Granting Early Discovery*

Dear Judge Woods:

  The James Law Firm represents Plaintiff Strike 3 Holdings, LLC in the above captioned matter. Plaintiff filed a complaint against John Doe subscriber assigned IP address 173.56.10.249 on October 1, 2025. D.E. 1. Since Defendant's identity remained unknown, Plaintiff then moved for early discovery. D.Es. 7, 9. On October 22, the Court granted Plaintiff's Motion, but that order contained a scrivener's error, listing the IP address as 173.56.10.49 instead of 173.56.10.**2**49. *See* D.E. 11. An Internet service provider ("ISP") will not comply with a subpoena if the IP address in the subpoena and order do not match. *Cf.* 47 U.S.C. § 551.

  "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a); *see also* Fed. R. Civ. P. 60(b)(1) (enabling courts to relieve an order where there is a "mistake" or "inadvertence"). Plaintiff respectfully requests the Court enter an amended order listing Defendant's IP address as 173.56.10.249 so that it can serve a subpoena on the ISP and prosecute its claim.

                 Respectfully submitted,

                  By:  /s/ *Jacqueline M. James*
                  Jacqueline M. James, Esq. (1845)
                  The James Law Firm, PLLC
                  445 Hamilton Avenue
                  Suite 1102
                  White Plains, New York 10601
                  T: 914-358-6423
                  F: 914-358-6424
                  E-mail: jjames@jacquelinejameslaw.com
                  *Attorneys for Plaintiff*

Application granted. Plaintiff's request for a corrected order is granted. The Court's October 22, 2025 order is hereby vacated. The Court will issue a corrected order separately. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.
Dated: November 19, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge